

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00315-CR

| | | |
|---|---|---|
| Joshua Ed Bowyer | § | From the 371st District Court |
| | § | of Tarrant County (1283996D) |
| v. | § | March 12, 2015 |
| | § | Opinion by Justice Meier |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's order denying Joshua Ed Bowyer's motion to suppress and the trial court's judgment are reversed and this case is remanded to the trial court for further proceedings consistent with this opinion.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
        Justice Bill Meier